PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMAR JOHNSON,

Defendants.

CASE NO. 1:20-CR-00097 JLT-SKO

STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER

DATE: January 6, 2023
TIME: 9:00 a.m.
COURT: Hon. Jennifer L. Thurston

This case is set for sentencing on January 6, 2023 at 9:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge. The parties stipulate and request the sentencing be continued until January 27, 2023 at 9:00 a.m. The parties and probation need additional time to assess issues related to the sentencing guidelines and sentencing recommendations, and agree that January 27, 2023 would provide sufficient time for that to occur.

IT IS SO STIPULATED.

Dated: November 21, 2022

MCGREGOR W. SCOTT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: November 21, 2022

/s/ GALATEA DeLAPP
GALATEA DeLAPP
Counsel for Defendant
JAMAR JOHNSON

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **November 23, 2022**

UNITED STATES DISTRICT JUDGE