PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMAR JOHNSON,<br><br>Defendants. | CASE NO. 1:20-CR-00097 JLT-SKO<br><br>STIPULATION CONTINUING SENTENCING; FINDINGS AND ORDER<br><br>DATE: January 23, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Jennifer L. Thurston |

This case is set for sentencing on January 23, 2023 at 10:00 a.m. before the Honorable Jennifer L. Thurston, U.S. District Court Judge. After the sentencing was moved up from January 30 to January 23, the parties and probation consulted. January 23 is a difficult date for the parties and probation for a variety of reasons, including scheduling conflicts regarding informal objection due dates and consideration, etc. As such, the parties stipulate and request the sentencing be continued until March 6, 2023 at 10:00 a.m. The parties and probation also need additional time to assess issues related to the sentencing guidelines and sentencing recommendations, and agree that March 6, 2023 would provide sufficient time for that to occur.

IT IS SO STIPULATED.

STIPULATION REGARDING SENTENCING                                     1

Dated:  December 7, 2022            PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ KIMBERLY A. SANCHEZ
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney


Dated:  December 7, 2022            /s/ GALATEA DeLAPP
                                    GALATEA DeLAPP
                                    Counsel for Defendant
                                    JAMAR JOHNSON


**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **December 7, 2022**                          _____
                                                       UNITED STATES DISTRICT JUDGE