1 GALATEA DeLAPP, 181581
Attorney at Law
2 1541 E. Fairmont Avenue 104
Fresno, CA  93704
3 Telephone: (559) 803-0471

Attorney for Defendant: JAMAR JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:20-cr-00097- JLT |
|---|---|
| Plaintiff, | **STIPULATION & ORDER FOR CONTINUING SENTECNING DATE** |
| v. | |
| JAMAR JOHNSON. | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Kimberly Sanchez, counsel for the government, and Galatea R. DeLapp, counsel for defendant JAMAR JOHNSON, that the sentencing currently set in this matter for June 24, 2024, be continued to July 15, 2024 and that any and all sentencing memorandum for the parties be extended accordingly.

The parties have agreed to this to accommodate schedule for the defendant to review the formal objections and sentencing memorandum prior to them being filed, which is his desire. The defendant is housed two hours away and mailing and

1

scheduling will take additional time.  While this case has been continued a number of times, the continuances have been due to a number of matters constituting good cause, including COVID considerations, health issues, and the defendant wanting more time to consider various matters.  As such, the parties request the Court grant this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATE: June 3, 2024          /s/ Galatea DeLapp
                            ***Galatea DeLapp***
                            Attorney for Defendant
                            Jamar Johnson

                            PHILLIP A. TALBERT
                            United States Attorney

                    By:     /s/ Kimberly Sanchez
                            ***Kimberly Sanchez***
                            Assistant U.S. Attorney

ORDER

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for June 24, 2024 is continued until July 15, 2024.

IT IS SO ORDERED.

Dated:   **June 3, 2024**

*(signature)* Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2