UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:20-CR-00097-1-JLT; |
| | ) | Appeal No.:  24-6506 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| JAMAR JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has satisfied the Court that he is financially unable to obtain counsel and wishes the Court to appoint counsel to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Carlton Gunn is appointed to represent the defendant in this case effective *nunc pro tunc* to November 6, 2024 on appeal, in place of panel attorney, Galatea DeLapp. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **November 13, 2024**

UNITED STATES DISTRICT JUDGE